**EXHIBIT 2:** INFRINGEMENT

URL: https://www.jewishpress.com/news/us-news/ny/anti-semitic-mobs-harassed-orthodox-jews-in-brooklyn-on-shabbat/2021/05/23/

