NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**SANDERS LAW GROUP**
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
(516) 203-7600

ATTORNEY(S) FOR  Steven Hirsch Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

Steven Hirsch,

Plaintiff(s),

v.

The Jewish Press Inc.,

Defendant(s)

CASE NUMBER: 126184

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Steven Hirsch
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION/INTEREST |
|---|---|
| Steven Hirsch | Plaintiff |
| SANDERS LAW GROUP | Counsel for Plaintiff |
| Craig Sanders | Counsel for Plaintiff |
| The Jewish Press Inc. | Defendant |

June 16, 2025
Date

/s/ Craig Sanders
Signature

Attorney of record for (or name of party appearing in pro per):
Steven Hirsch